**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **KEVON WALLACE #770960** | **CASE NO. 5:25-CV-00875 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STAFF OF DAVID WADE CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HORNSBY** |

**MEMORANDUM ORDER**

Before the court is a complaint filed on June 20, 2025. Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $405.00 to file a complaint or a completed application to proceed *in forma pauperis*. **Plaintiff must either send $405.00 or a completed *in forma pauperis* application on approved forms in order to proceed.**

> Plaintiff has failed to submit the complaint on approved forms. NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS. **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this _________ day of ________________, 2025.

______________________________________

Mark L. Hornsby
United States Magistrate Judge

w/Enclosures to plaintiff: Civil Rights Complaint form & IFP application