UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KEVON WALLACE #770960 | CIVIL ACTION NO. 25-cv-875 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| STAFF OF DAVID WADE CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

# ORDER

Several inmates at the David Wade Correctional Center signed a joint petition that asked that officers be required to turn on body cameras when entering an inmate's cell for any reason. In accordance with Local Rule 3.2, a separate civil action was opened for each of the several inmates, and each inmate was ordered to file his own complaint on an approved form (provided) and either pay the $405.00 filing fee or complete an in forma pauperis application on an approved form (provided). This is one of those civil actions. The deadline for compliance with the court's order was July 28, 2025. That deadline has passed, and the plaintiff has not made any submissions. Accordingly, the complaint in this civil action is stricken, and the clerk of court is directed to close this case.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 19th day of August, 2025.

Mark L. Hornsby
U.S. Magistrate Judge